```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

FREDDIE LEE MITCHELL,            )
                                 )
        Plaintiff,                )
                                 )
        v.                        )   NO.  3:13-cv-1398
                                 )   Judge Haynes/Brown
CAROLYN W. COLVIN,               )
Commissioner of Social Security, )
                                 )
        Defendant.                )

## **O R D E R**

The Plaintiff has filed a Motion for Leave to File Reply to Defendant's Response to Motion for Judgment on the Administrative Record (Docket Entry 19). The motion is TERMINATED as MOOT. A reply brief was specified in this Court's previous order (Docket Entry 11). The Clerk is directed to file Plaintiff's Reply Brief submitted as an attachment to the motion.

It is so **ORDERED**.

                                      /s/ Joe B. Brown
                                      JOE B. BROWN
                                      United States Magistrate Judge