IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDDIE LEE MITCHELL, | ) |
| Plaintiff, | ) No. 3:13-cv-01398 |
| v. | ) Senior Judge Haynes |
| CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 23) that Plaintiff's motion for judgment on the administrative record (Docket Entry No. 12) be denied and that the Commissioner's decision be affirmed.

No party has filed an objection to the Magistrate Judge's Report and Recommendation. Upon de novo review, the Court **ADOPTS** the Report and Recommendation. Plaintiff's motion for judgment on the administrative record (Docket Entry No. 12) is **DENIED** and the Commissioner's decision is **AFFIRMED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 20 day of April, 2015.

William J. Haynes, Jr.
Senior United States District Judge